IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| **RICHARD KNOWLES,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | )  **CIVIL ACTION** |
| v. | )  **FILE NO. 2:17-cv-54-LGW-RSB** |
| | ) |
| **ALLIED INTERSTATE LLC,** | ) |
| | ) |
|     **Defendant.** | ) |

## JOINT NOTICE OF SETTLEMENT IN PRINCIPAL AND REQUEST FOR STAY TO EFFECTUATE SETTLEMENT

Plaintiff Richard Knowles and Defendant Allied Interstate LLC (together, the "Parties") hereby jointly notify the Court that the Parties have reached an agreement in principal to settle all claims in this case. The Parties now respectfully request that all case deadlines, including deadlines for responses to the Court's April 4, 2018 Order [Dkt. 16] be stayed so the Parties can draft and execute a final settlement agreement and not expend any additional or unnecessary time or resources in connection with this litigation. The Parties further request they be required to submit either a dismissal of this action or a status report on settlement within 30 days. This request is submitted in good faith and is not intended for delay.

**WHEREFORE,** the Parties respectfully request that the Court: (i) take notice of the Parties' settlement in principal; (ii) grant this Joint Request and (iii) enter an Order staying all case deadlines to allow the Parties to finalize a written settlement agreement. A proposed Order granting the relief requested herein is attached hereto for the Court's convenience.

Dated: April 9, 2018                          Respectfully submitted and consented to:

                                                                **/s/ Charles H. Crawford III**
                                                                Charles H. Crawford III
                                                                Georgia Bar No. 153073
                                                                **GREENBERG TRAURIG, LLP**

1

Terminus 200
3333 Piedmont Road, N.E., Suite 2500
Atlanta, Georgia 30305
Telephone: 678-553-2100
Facsimile: 678-553-2212
crawfordc@gtlaw.com
*Attorney for Defendant*

Consented to:

**/s/ Brian Shrader**
Brian Shrader*
Florida Bar No. 57251
**CENTRONE & SHRADER, PLLC**
612 W. Bay St.
Tampa, Florida 33606
Telephone: 813-360-1529
Facsimile: 813-336-0832
bshrader@centroneshrader.com
*Attorney for Plaintiff*
*Admitted *pro hac vice*

2

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the within and foregoing with the Clerk of Court using the CM/ECF System which will automatically send email notification of such filing to the following attorneys of record:

Todd M. Davis, Esq.
**DAVIS LAW FIRM**
Bank of America Tower
50 N. Laura Street
Suite 2500
Jacksonville, FL 32202
td@davispllc.com

Brian Shrader, Esq.
**CENTRONE & SHRADER, PLLC**
612 W. Bay St.
Tampa, Florida 33606
bshrader@centroneshrader.com

Dated: April 9, 2018

/s/ Charles H. Crawford III

Charles H. Crawford III
Georgia Bar No. 153073
**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road, N.E., Suite 2500
Atlanta, Georgia 30305
Telephone: 678-553-2100
Facsimile: 678-553-2212
crawfordc@gtlaw.com
*Attorney for Defendant*