## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | |
|---|---|
| **RICHARD KNOWLES,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **CIVIL ACTION** |
| **v.** | ) **FILE NO. 2:17-cv-54-LGW-RSB** |
| | ) |
| **ALLIED INTERSTATE LLC,** | ) |
| | ) |
| **Defendant.** | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Richard Knowles and Defendant Allied Interstate LLC hereby jointly stipulate to the dismissal of the above-styled action and all claims asserted therein, with prejudice, with each party to bear their own costs.

Dated: April 18, 2018.

Stipulated to:

Respectfully submitted and stipulated to:

**/s/ Brian Shrader**
Brian Shrader*
Florida Bar No. 57251
**CENTRONE & SHRADER, PLLC**
612 W. Bay St.
Tampa, Florida 33606
Telephone: 813-360-1529
Facsimile: 813-336-0832
bshrader@centroneshrader.com
*Attorney for Plaintiff*
*Admitted pro hac vice

**/s/ Charles H. Crawford III**
Charles H. Crawford III
Georgia Bar No. 153073
**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road, N.E., Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-2100
Facsimile: (678) 553-2212
crawfordc@gtlaw.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the within and foregoing **Stipulation of Dismissal With Prejudice** with the Clerk of Court using the CM/ECF system, which will send email notification of such filing to the following attorneys of record:

Todd M. Davis, Esq.
**DAVIS LAW FIRM**
Bank of America Tower
50 N. Laura Street
Suite 2500
Jacksonville, FL 32202
td@davispllc.com

Brian Shrader, Esq.
**CENTRONE & SHRADER, PLLC**
612 W. Bay St.
Tampa, Florida 33606
bshrader@centroneshrader.com

Dated: April 18, 2018.                    **/s/ Charles H. Crawford III**
                                          Charles H. Crawford III
                                          Georgia Bar No. 153073
                                          **GREENBERG TRAURIG, LLP**
                                          Terminus 200
                                          3333 Piedmont Road, N.E., Suite 2500
                                          Atlanta, Georgia 30305
                                          Telephone: (678) 553-2100
                                          Facsimile: (678) 553-2212
                                          crawfordc@gtlaw.com
                                          *Attorney for Defendant*