# In the United States District Court for the Southern District of Georgia Brunswick Division

RICHARD KNOWLES,

    Plaintiff,

v.                                     CV 217-54

ALLIED INTERSTATE LLC,

    Defendant.

## ORDER

Before the Court is the parties' joint stipulation of dismissal, dkt. no. 19, wherein the parties notify the Court that they have stipulated to the dismissal with prejudice of all claims asserted in this action. The dismissal complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, Plaintiff's claims are dismissed with prejudice. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 23 day of April, 2018.

                                                HON. LISA GODBEY WOOD, JUDGE
                                                UNITED STATES DISTRICT COURT
                                                SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)